FILED
2009 DEC 17 AM 11:59
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:  
    JEFFREY A. SPIRES  
        Debtor

CASE NO. 05-56071-S  
CHAPTER 7  
REPORT OF DIVIDENDS  
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #114 in the amount of $11.38 was issued on December 14, 2009 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

                                                                         Amt. of Dividend

| Claim | Creditor | Amount |
|---|---|---|
| Claim #1 | KAUFMANNS<br>PO BOX 66955<br>ST LOUIS, MO 63166 | $ .43 |
| Claim #5 | Marathon Oil Co.<br>P.O. Box 81<br>Findlay, OH 45839-0081 | $ .46 |
| Claim #6 | Telephone Credit Union<br>P.O. Box 53707-1096<br>Madison, WI 53707-1096 | $ 1.70 |
| Claim #7 | Telephone Credit Union<br>P.O. Box 53707-1096<br>Madison, WI 53707-1096 | $ 4.83 |
| Claim #9 | American Express Travel Related<br>Services Co., Inc.<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ 2.21 |
| Claim #10 | eCAST Settlement Corporation,<br>assignee of General Electric/<br>JCP CONSUMER<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | $ .34 |
| Claim #19 | Ohio Edison Electric Co<br>6896 Miller Rd<br>Brecksville, OH 44141 | $ 1.41 |

*$11.38 Ck #114*

TOTAL: $ 11.38

*(signature)*
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

December 14, 2009