IN RE:  
JEFFREY A. SPIRES  
    Debtor

FILED  
2010 FEB -2 AM 10: 37  
U.S. BANKRUPTCY COURT  
NORTHERN DISTRICT OF OHIO  
AKRON

CASE NO. 05-56071-S  
CHAPTER 7  
REPORT OF DIVIDEND  
<u>UNDER FIVE DOLLARS</u>

Harold A. Corzin, Trustee herein, reports that check #128 in the amount of $6.72 was issued on January 19, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                                                Amt. of Dividend

| | | |
|---|---|---|
| Claim #1 | KAUFMANNS<br>PO BOX 66955<br>ST LOUIS, MO 63166 | $ 2.34 + |
| Claim #5 | Marathon Oil Co.<br>P.O. Box 81<br>Findlay, OH 45839-0081 | $ 2.51 + |
| Claim #10 | eCAST Settlement Corporation<br>assignee of General Electric/<br>JCP CONSUMER<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | $ 1.87 |
| TOTAL: | | $ 6.72 |

ck # 128  
receipt # 81245

_____  
HAROLD A. CORZIN, TRUSTEE  
304 N. Cleveland-Massillon Rd.  
Akron, Ohio 44333  
(330) 670-0770

January 25, 2010