IN RE:

FILED

JEFFREY A. SPIRE 2010 MAY -6 PM 12: 57

Debtor    U.S. BANKRUPTCY COURT
          NORTHERN DISTRICT OF OHIO
          AKRON

CASE NO.   05-56071

CHAPTER 7

REPORT OF UNCLAIMED
<u>DIVIDEND</u>

 

 

     Harold A. Corzin, Trustee herein, reports that check #118 was issued on January 19, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated.  The Trustee thus issues check #10130 to the Clerk of Courts in the amount of $26.43 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

 

 

 

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
<u>Harold.corzin@psinet.com</u>

 

April 29, 2010

cc:  U. S. Trustee

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 05-56071 - SPIRES, JEFFREY A.

| Account No. | | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|
| ! 9200-02519054-66 | | 10130 | 04/27/10 | U. S. BANKRUPTCY COURT | | | | $26.43 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 312-2519054-66 | 7 | 118 | 10/14/05 | 610 | Telephone Credit Union<br>P.O. Box 53707-1096<br>Madison, WI 53707-1096 | 4,439.14 | 4,439.14 | 31.26 | 26.43 |

ck # 10130
receipt # 81452

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.