IN RE:           **FILED**        CASE NO. 05-56071

JEFFREY A. SPIRES    2010 MAY -6 PM 12:57     CHAPTER 7

       Debtor     U.S. BANKRUPTCY COURT    REPORT OF UNCLAIMED
                    NORTHERN DISTRICT OF OHIO    <u>DIVIDEND</u>
                           AKRON

      Harold A. Corzin, Trustee herein, reports that check #117 was issued on January 19, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #10129 to the Clerk of Courts in the amount of $9.31 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

 

                                /s/ Harold A. Corzin
                                _____
                                HAROLD A. CORZIN, TRUSTEE
                                304 N. Cleveland-Massillon Road
                                Akron, Ohio 44333
                                (330) 670-0770
                                (330) 670-0297 Facsimile
                                <u>Harold.corzin@psinet.com</u>

April 29, 2010

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 05-56071 - SPIRES, JEFFREY A.

| Account No.<br>! 9200-02519054-66 | Check No.<br>10129 | Issued<br>04/27/10 | Payee<br>U. S. BANKRUPTCY COURT | | | | Check Amount<br>$9.31 |
|---|---|---|---|---|---|---|---|
| Cancelled<br>Account No. | Claim No. | Cancelled<br>Check No. | Filed | Priority | Claimant | | |
| 312-2519054-66 | 6 | 117 | 10/14/05 | 610 | Telephone Credit Union<br>P.O. Box 53707-1096<br>Madison, WI 53707-1096 | | |
| | | | Amount<br>Filed | | Amount<br>Allowed | Paid<br>to Date | Cancelled<br>Payment |
| | | | 1,563.49 | | 1,563.49 | 11.01 | 9.31 |

ck # 10129
receipt # 8145?

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.